# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 15-cr-00181-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDWARD SAARI,

    Defendant.

## ORDER EXCLUDING ADDITIONAL TIME FOR A SPEEDY TRIAL

**Blackburn, J.**

    The matter is before me *sua sponte* to consider the exclusion of additional time for a speedy trial. The matter was set for status conference on April 20, 2017. However, on March 29, 2017, defense counsel filed **Status Report on Insanity Proceedings**, s*ee* [#73][1], which included correspondence, *see* [#73-1] from the sanity examiner, Scott Humphreys, M.D. Then on April 19, 2017, defense counsel filed **Second Status Report on Insanity Proceedings**. *See* [#74]. Defense counsel makes the cogent case for extending the time for submission of the report of Dr. Humphreys for approximately two months.

    I construe the two status reports as a request to extend the time for filing the required report for approximately two months and concomitantly to exclude a commensurate period of time for speedy trial. As construed the requests implicate 18

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order

U.S.C. §§ 3161(h)(1) and (7)(A), 4242(a), and 4247(b).

As required I have considered carefully the factors at § 3161(h)(7)(B). True to § 3161(h)(7)(C), I have not predicated my ruling on congestion of my own calendar or lack of diligent preparation by counsel. I find that the investigator for the defendant needs approximately one month to acquire the records found relevant by the examiner, who, in turn, needs approximately one additional month to complete his evaluation and submit his report. Thus, failure to exclude approximately two additional months from today would deny both counsel the reasonable time necessary for effective pretrial and trial preparation and could deny the defendant a fair trial in the name of a speedy one.

**THEREFORE, IT IS ORDERED** as follows:

1. That the time from April 20, 2017, through and including June 20, 2017, is excluded from the time for a speedy trial under the STA;

2. That the status conference set April 20, 2017, at 3:30 p.m. (MDT) is vacated and continued, pending further order; and

3. That objections, if any, to the foregoing findings, conclusions, and orders shall be filed by May 2, 2017, or all objections shall be waived.

Dated April 20, 2017, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge